# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 12 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

United States of America )
vs. ) Case No. 1:09-CR-00317-6 AWI
Felix Sanchez Neri )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Felix Sanchez Neri_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  12/21/09      _____[signature]_____  12/21/2009
Signature of Defendant   Date         Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                     1/6/10
Signature of Assistant United States Attorney              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                                     12-21-2009
Signature of Defense Counsel                               Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __1/12/2010__.
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                                     1/12/2010
Signature of Judicial Officer                              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services