| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ANN H. VORIS, #100433<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>FELIX SANCHE NERI |

**FILED**

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0317 AWI |
| Plaintiff, | ) ) | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RETURN OF CASH BOND;** |
| v. | ) ) | **[~~PROPOSED~~] ORDER** |
| FELIX SANCHEZ NERI, | ) ) | |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

   Defendant Felix Sanchez Neri hereby moves this court for an order to exonerate the bond and return the cash bond posted in the above-captioned case.

   On August 7, 2009, Mr. Neri made an intial appearance before this court in the above-referenced matter. A bail review hearing was held on December 18, 2009 and Mr. Neri was ordered released from custody under the supervision of Pretrial Services and a $20,000 cash bond. (Dkt. #82) The $20,000 cash bond was posted on December 18, 2009, Receipt #CAE100009290 by Teresa Neri, Diane Nolan and Margaret Bradley. (Dkt. #80, and Order Setting Conditions of Release, Dkt. #81)

   On June 14, 2010, Mr. Neri was sentenced to a term of 53 months in custody in the above-referenced proceedings, and he self-surrendered to the Bureau of Prisons on August 5, 2010.

   As all conditions required by this court in this matter have been met and Mr. Neri is in custody as required by the Judgment and Commitment filed June 18, 2010 (Dkt. #117), he requests that the court

1 | exonerate the bond in this matter and that the cash bond of $20,000 posted December 18, 2009, be
2 | returned to Teresa Neri, Diane Nolan and Margaret Bradley at the address previously provided to the
3 | court.

4 | DATED: August 13, 2010

DANIEL J. BRODERICK
Federal Public Defender

/s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
Felix Sanchez Neri

## ORDER

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and cash bond be reconveyed to Teresa Neri, Diane Nolan and Margaret Bradley.

DATED: August 13, 2010

ANTHONY W. ISHII, Chief Judge
United States District Court