ROBERT L. FORKNER      (CSB# 166097)
JULISSA ECHEVARRIA      (CSB# 309107)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
PH: 209-544-0200
FX: 209-544-1860

Attorneys for Defendant
FELIX SANCHEZ NERI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-CR-00317 |
| Plaintiff, | STIPULATION TO CONTINUE FIRST STATUS CONFERENCE RE: VOP AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| FELIX SANCHEZ NERI, | DATE: March 1, 2018 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Stanley A. Boone |

**STIPULATION**

1.      By previous order, this matter was set for status on March 1, 2018.

2.      By this stipulation, the parties move to continue the status conference until March 12, 2018, and to exclude time between March 1, 2018, and March 12, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Defense counsel and United States Probation Officer are unable to appear on currently set date of March 1, 2018 due to a conflict in schedules. All parties are available to appear on March 12, 2018.

b)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 1, 2018 to March 12, 2018,

1

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 1, 2018                          PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ *Kathleen Servatius*
                                               KATHLEEN SERVATIUS
                                               Assistant United States Attorney


Dated:  March 1, 2018                          /s/ *Robert Forkner*
                                               ROBERT FORKNER
                                               Counsel for Defendant
                                               FELIX SANCHEZ NERI


**IT IS HEREBY ORDERED** that the status conference is hereby continued to March 12, 2018 at 2:00 pm.  The defendant is ordered to appear that that date and time.  Further, time under the Speedy Trail Act need not be excluded as this case is in post-conviction status to which the Speedy Trial Act does not apply.

IT IS SO ORDERED.

Dated:   **March 1, 2018**
                                               _____
                                               UNITED STATES MAGISTRATE JUDGE

# FINDINGS AND ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 12, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (Local Code T4). It is further ordered March 1, 2018 status conference shall be continued until March 12, 2018, at 2:00 P.M.